QUAKER HILLS, LLC, Respondent, v PACIFIC INDEMNITY Co., Appellant.

Decided March 27, 2014

See 728 F3d 171.

Pursuant to the February 25, 2014 order of the United States Court of Appeals for the Second Circuit withdrawing its certification of questions accepted by the Court of Appeals on September 17, 2013 [see 21 NY3d 1070 (2013)], certified questions marked withdrawn.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

TIRE ENGINEERING AND DISTRIBUTION L.L.C., et al., Appellants, et al., Plaintiff, v BANK OF CHINA LIMITED, Respondent.

MOTOROLA CREDIT CORPORATION, Appellant-Respondent, et al., Plaintiffs-Counter-Defendants, v STANDARD CHARTERED BANK, Respondent-Appellant, et al., Defendants-Counter-Claimants, et al., Defendants.

Decided March 27, 2014

See 740 F3d 108.

Pursuant to the February 24, 2014 order of the United States Court of Appeals for the Second Circuit withdrawing one of two questions accepted by the Court of Appeals on February 18, 2014 [see 22 NY3d 1113 (2014)], in particular the certified question related to Tire Eng'g & Distrib. L.L.C. v Bank of China Ltd., that certified question is marked withdrawn.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.